UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYANT R. PARKER, II,

    Plaintiff,

                                          Case No. 12-cv-12485

v.

                                          Paul D. Borman
                                          United States District Judge

COMMISSIONER OF
SOCIAL SECURITY,                      Mona K. Majzoub
                                          United States Magistrate Judge

    Defendant.
_____/

**ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (Dkt. No. 15);
(2) GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 11);
(3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 14); and
(4) REMANDING THE FINDINGS OF THE COMMISSIONER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**

    Before the Court is Magistrate Judge Mona K. Majzoub's Report and Recommendation to grant in part and deny in part Plaintiff's Motion for Summary Judgment, deny Defendant's Motion for Summary Judgment, and to remand this case pursuant to sentence four of 42 U.S.C. § 405(g) so that the Administrative Law Judge can articulate his reasoning to make clear to Plaintiff and to any subsequent reviewers the weight given to Plaintiff's statements and the reasons for that weight. (Dkt. No. 15.) The parties were served with the report and recommendation on June 24, 2013.

    Having reviewed the report and recommendation, and there being no timely objections

from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **GRANTS IN PART AND DENIES IN PART** Plaintiff's Motion for Summary Judgment, **DENIES** Defendant's Motion for Summary Judgment, and **REMANDS** the findings of the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

                                                                  s/Paul D. Borman
                                                                  PAUL D. BORMAN
                                                                  UNITED STATES DISTRICT JUDGE

Dated: August 29, 2013

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 29, 2013.

                                                                 s/Deborah Tofil
                                                                 Case Manager